JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO ESPINOZA as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA")<br><br>Plaintiff,<br><br>vs.<br><br>BETA OPERATING COMPANY, LLC, dba BETA OFFSHORE, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-4659<br><br>[~~PROPOSED~~] JUDGMENT<br><br>[FED. R. CIV. P. 56] |

LEGAL_US_W # 83818236.1                                                          [PROPOSED] JUDGMENT

On October 29, 2015, the Court issued an order granting, in full, Defendant Beta Operating Company, LLC's ("Defendant") Motion for Judgment on the Pleadings, finding there is no issue of material fact as to any of Plaintiff Richard Espinoza's claims and Defendant is entitled to judgment as a matter of law on all of Plaintiff's claims.

The foregoing having fully adjudicated all causes of action in Plaintiff's operative complaint, the Court hereby enters judgment as follows:

1. Judgment is entered in favor of Defendant Beta Operating Company, LLC;

2. Plaintiff takes nothing by his complaint and his complaint is dismissed with prejudice; and

3. **Defendant shall file a properly noticed motion before the Bill of Costs Clerk to seek to recover from Plaintiff its costs of suit herein**.

DATED: November 4, 2015

*Gary Klausner*
Hon. R. Gary Klausner
United States District Court Judge

LEGAL_US_W # 83818236.1     -1-     [PROPOSED] JUDGMENT